**UNPUBLISHED**

# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

**No. 20-7538**

UNITED STATES OF AMERICA,

        Plaintiff - Appellee,

   v.

DONYELL BOUSHON MINOR,

        Defendant - Appellant.

Appeal from the United States District Court for the Western District of North Carolina, at Charlotte.  Max O. Cogburn, Jr., District Judge.  (3:17-cr-00224-MOC-DSC-1)

Submitted:  April 1, 2021                     Decided:  April 22, 2021

Before KING, WYNN, and FLOYD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Donyell Boushon Minor, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Donyell Boushon Minor appeals the district court's orders denying his motion for compassionate release, pursuant to 18 U.S.C. § 3582(c)(1)(A)(i), and motions for reconsideration. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Minor*, No. 3:17-cr-00224-MOC-DSC-1 (W.D.N.C. Apr. 27, 2020; July 22, 2020; Sept. 11, 2020). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*
